## FIRST DEPARTMENT, MAY, 1973

### (May 1, 1973)

■ In the Matter of the Intermediate Accounting of BETTY R. B. COOK et al., as Coadministrators of the Estate of RICHARD C. COOK, Deceased, Appellants-Respondents. KATHLEEN COOK, Respondent-Appellant; FAY W. STERENBUCH, Guardian ad Litem, Respondent; CONTINUING SYSTEMS EDUCATION, INC., Respondent.— Decree, Surrogate's Court, New York County, entered on November 17, 1972, unanimously modified, on the law, on the facts, and in the exercise of discretion, so as to direct payment of attorneys' fees for services through April 15, 1971 only, in the sum of $12,000, without prejudice to a future application for additional services rendered after that date and, as thus modified, affirmed, without costs and without disbursements. In this intermediate accounting proceeding no evidence of legal services beyond April 15, 1971 was proffered. The Surrogate, nevertheless, in allowing a fee directed that it cover services rendered after the final date of the accounting and through August 24, 1972, the date of the hearing. In so doing, he erred. The claim for services both by affidavit and testimony was properly limited to the period covered by the accounting. The court has the power and the obligation to limit the compensation of attorneys to reasonable amounts regardless of any agreement made by the fiduciary. (See SCPA 2110; *Matter of Meng*, 227 N. Y. 264; *Matter of Lerner*, 52 Misc 2d 967.) On this record, we deem the sum of $12,000 to be reasonable compensation for legal services rendered during the period accounted for. Any claim for compensation for services rendered thereafter should await future determination at the appropriate time. Concur — Stevens, P. J., Markewich, Nunez and Capozzoli, JJ.

### (May 3, 1973)

■ BAER CREDIT CORPORATION, Respondent, v. STEVEN HOFFENBERG, Appellant, and LOUISE S. CALISE, Defendant. STEVE HOFFENBERG, Appellant, v. BAER CREDIT CORPORATION et al., Respondents.— Order, Supreme Court, New York County, entered on November 14, 1972, unanimously affirmed, on opinion of Bloustein, J., at Special Term, and that the respondent recover of the appellant $60 costs and disbursements of this appeal. No opinion. Concur — Stevens, P. J., Markewich, Murphy, Steuer and Capozzoli, JJ.

■ AL ROSEN KNIT-TEX, INC., Respondent, v. STRATFORD MILLS, INC., et al., Appellants. In the Matter of the Arbitration between AL ROSEN KNITTEX, INC., Respondent, and STRATFORD MILLS, INC., Appellant.— Appeals from order, Supreme Court, New York County, entered on March 24, 1972, and from judgment of said court entered on April 13, 1972, withdrawn with prejudice and without costs. Concur — Stevens, P. J., Markewich, Murphy, Steuer and Capozzoli, JJ.